**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FELITA SAMPLE,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**DEANNA CRESPO,**<br><br>   **Defendant(s).** | Case No.: 11-CV-06129 YGR<br><br>**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE; AND GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

On August 2, 2012, the Court dismissed Plaintiff's complaint with leave to amend by no later than September 4, 2012. The Court also set the matter for a September 14, 2012 compliance hearing to determine whether Plaintiff had filed an Amended Complaint. Plaintiff was warned that failure to file an Amended Complaint would result in dismissal of this action for failure to prosecute. Plaintiff did not file an Amended Complaint or attend the compliance hearing.

Accordingly, pursuant to Federal Rule of Civil Procedure 41, this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Plaintiff's Motion for Leave to Appear *in Forma Pauperis* (Dkt. No. 3) is **GRANTED**.

**IT IS SO ORDERED.**
**Date: September 18, 2012**

_____
   **YVONNE GONZALEZ ROGERS**
   **UNITED STATES DISTRICT COURT JUDGE**